UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-25-CLC-SKL |
| v. | ) | |
| | ) | |
| CHRIS SVETLINOV DRAGIEV | ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the thirty-nine-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 49].  Neither party filed a timely objection to the report and recommendation.  After reviewing the record, the Court agrees with the magistrate judge's report and recommendation.   Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 49] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)      Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)      Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)      Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)      A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **August 31, 2016 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**


**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**